UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
Edward Rainas, IV,                          :
                                            :     Hon. Joseph H. Rodriguez
            Plaintiff,                      :
                                            :     Civil Action No. 09-2699
      v.                                    :
                                            :
City of Wildwood,                           :     ORDER
Wildwood Police Department, and             :
Officer Ricardo Nizario,                    :
                                            :
            Defendants.                     :
_____

      This matter having come before the Court on Defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6); and

      The Court having granted Defendants' motion to dismiss on January 5, 2010; but

      The Court having granted Plaintiff thirty days to amend the Complaint; as

      No such amended Complaint was filed within the time allotted, the Court will direct the Clerk of Court to terminate this case.

Dated: February 19, 2010

                                                 /s/ Joseph H. Rodriguez
                                                HON. JOSEPH H. RODRIGUEZ,
                                                United States District Judge